**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-998-057**

**Effective Date of Registration:**
August 02, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Mechanic: Resurrection |
| **Previous or Alternate Title:** | The Mechanic 2 aka The Mechanic II |
| **Nature of Claim:** | Original Motion Picture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | August 25, 2016 |
| **Nation of 1st Publication:** | United States |
| **Preregistration:** | PRE000008863 |

## Author

| | |
|---|---|
| • **Author:** | ME2 Productions, Inc. |
| **Author Created:** | Entire Motion Picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | ME2 Productions, Inc.<br>318 N. Carson Street, #208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Motion Picture Screenplay - PAu 3-773-822 - Registered August 6, 2014 |
| **Previously registered:** | Yes |
| **New material included in claim:** | Cinematographic material including performance, production as a motion picture, editing and all audio and visual elements including photography, dialogue, music and special effects |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | August 01, 2016 |

**Correspondence:** Yes

**EXHIBIT B**

**EXHIBIT B**

ME2 Productions, Inc.
v.
Does 1-14

| No | IP Address | Port | HitDate UTC (mm/dd/yy) | File Name | File Hash | Jurisdiction |
|---|---|---|---|---|---|---|
| 1 | 73.97.149.71 | 50321 | 2017-02-03 04:20:03 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 2 | 73.109.60.167 | 21957 | 2017-02-10 12:53:18 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 3 | 73.239.87.68 | 38040 | 2017-02-11 06:09:49 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 4 | 73.42.202.55 | 57427 | 2017-02-11 13:31:25 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 5 | 76.121.34.133 | 50321 | 2017-02-12 03:30:20 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 6 | 24.16.181.158 | 49341 | 2017-02-12 15:34:23 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 7 | 73.140.177.95 | 44811 | 2017-02-13 05:09:14 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 8 | 96.93.106.229 | 46132 | 2017-02-13 05:28:50 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 9 | 73.225.77.111 | 48840 | 2017-02-17 04:56:31 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 10 | 73.109.59.58 | 63099 | 2017-02-17 05:19:00 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 11 | 73.83.63.59 | 50321 | 2017-02-17 13:40:22 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 12 | 67.160.119.39 | 11341 | 2017-02-18 12:49:40 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 13 | 107.1.100.34 | 60309 | 2017-02-19 05:32:43 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |
| 14 | 71.231.129.163 | 38975 | 2017-02-19 06:32:05 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | WAWD |