UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

v.

PAUL REARDON, *et al.*,

    Defendants.

Case No. C17-0465RSL

ORDER DISMISSING CLAIMS
AGAINST RAUL GONZALES

This matter comes before the Court *sua sponte*. On June 28, 2017, the Court granted an extension of time in which to affect service in this matter. Plaintiff was given until July 5, 2017, to file proofs of waiver as to all defendants or a second motion for extension of time. Dkt. # 21 at 3. As of the date of this order, no proof of service or motion for extension of time has been filed with regards to defendant Raul Gonzales. The claims asserted against that defendant are hereby DISMISSED.

Dated this 7th day of July, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DISMISSING CLAIMS AGAINST
RAUL GONZALES