1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

    v.

PAUL REARDON, *et al.*,

    Defendants.

Case No. C17–0465RSL

ORDER REINSTATING CLAIMS
AGAINST RAUL GONZALES

13
14
15
16
17
18
19
20
21
22

    This matter comes before the Court on plaintiff's "Motion to Set Aside Dismissal or, in the Alternative, Leave to Amend the Complaint." Dkt. # 29. On June 28, 2017, the Court granted an extension of time in which to affect service in this matter. Plaintiff was given until July 5, 2017, to file proofs of service as to defendants Dukureh, Lysaker, Gonzales, and Torres or a second motion detailing the efforts made toward effecting personal service and establishing good cause for a further extension of time." Dkt. # 21 at 3. Plaintiff was warned that "[f]ailure to timely file or to make the required showing will result in dismissal of the claims against any unserved defendants." Dkt. # 21 at 3-4. Plaintiff failed to timely file proof of service or a second motion as to defendant Raul Gonzales, and the claims against him were dismissed on July 7, 2017. Dkt. # 27.

23
24
25

    Plaintiff has now filed proof that service was in fact achieved within the time allowed. The failure to comply with the Court's order requiring filing by a certain date is nevertheless troubling. Inadvertence or mistake does not constitute good cause.

26

ORDER REINSTATING CLAIMS AGAINST
RAUL GONZALES

Nevertheless, the Court will reinstate the claims against Raul Gonzales with the warning that future failures to comply with service requirements and orders of the Court will not be excused absent good cause.

Dated this 14th day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REINSTATING CLAIMS AGAINST
RAUL GONZALES